Compañía de Ferrocarriles de Puerto Rico, demandante y apelada, *v.* Rafael Buscaglia, Tesorero de Puerto Rico, demandado y apelante.

Núm. 8739.—*Sometido:* Noviembre 23, 1943. *Resuelto:* Febrero 7, 1944.

*Hon. Procurador General Interino M. Rodríguez Ramos y Carmen B. Hernández, Oficial Jurídico, abogados del apelante; Mariano Acosta Velarde, Federico Acosta Velarde y Donald R. Dexter, abogados de la apelada.*

El Juez Asociado Señor Snyder emitió la opinión del tribunal.

La apelada, después de pagar bajo protesta la cantidad de $1,365.62 en concepto de arbitrios sobre importaciones de piezas y accesorios para la construcción y reparaciones de vagones de ferrocarril, instituyó este pleito en solicitud de la devolución de la cantidad pagada. La corte de distrito declaró sin lugar la excepción previa interpuesta por el Tesorero. Este último presentó una moción solicitando se dictase sentencia, y ahora apela de dicha sentencia.

El asunto aquí envuelto es una simple cuestión de derecho. ¿Dispone el párrafo 8 del artículo 16 de la Ley de Rentas Internas de Puerto Rico (Ley núm. 85, Leyes de Puerto Rico, 1925, pág. 585, según fué enmendada por la núm. 158, Leyes de Puerto Rico, 1941, pág. 949) la imposición de dichos arbitrios? Los fundamentos que alega el Tesorero en apoyo de una contestación afirmativa a esta pregunta fueron recientemente rechazados por esta Corte en un caso en que se trataba sustancialmente del mismo problema (*Puerto Rico Iron Works Inc.* v. *Tesorero,* decidido en 25

de enero de 1944, 62 D.P.R. 868). A ningún fin práctico se llegaría con repetir en el presente caso nuestras conclusiones ya expuestas en el de la *Porto Rico Iron Works Inc.*

*La sentencia de la corte de distrito será confirmada.*